IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SUNDANCE METAL FABRICATORS, LLC D/B/A NORTHWEST FENCE & IRON AND SUNDANCE CONSOLIDATED, LLC, *Plaintiffs,* | § | |
| v. | § | CIVIL ACTION NO. 1:24-cv-01508-ADA |
| LIBERTY MUTUAL INSURANCE COMPANY AND OHIO SECURITY INSURANCE COMPANY, *Defendants.* | § | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs Sundance Metal Fabricators, LLC D/B/A Northwest Fence & Iron and Sundance Consolidated, LLC and Defendants Liberty Mutual Insurance Company and Ohio Security Insurance Company provide notice to the Court that Plaintiffs and all Defendants have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signatures on following page.)*

Respectfully submitted,

*/s/Jonathan P. Ayers*
Jonathan P. Ayers
Texas Bar No. 01465900
jayers@ayersfirm.com
Ayers & Ayers
4205 Gateway Drive, Suite 100
Colleyville, Texas 76034
(817) 267-9009
(817) 318-0663 - Facsimile

**ATTORNEYS FOR PLAINTIFF**

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANTS LIBERTY MUTUAL INSURANCE COMPANY AND OHIO SECURITY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 21st day of November 2025 to:

Jonathan P. Ayers
Ayers & Ayers
4205 Gateway Dr., Ste. 100
Colleyville, Texas 76034
jayers@ayersfirm.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp