**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **SUNDANCE METAL FABRICATORS, LLC § D/B/A NORTHWEST FENCE & IRON AND § SUNDANCE CONSOLIDATED, LLC,** ***Plaintiffs,*** | § § § § § | |
| ***v.*** | § § | **NO. 1:24-CV-01508-ADA** |
| **LIBERTY MUTUAL INSURANCE COMPANY § AND OHIO SECURITY INSURANCE § COMPANY,** ***Defendants.*** | § § § § § | |

**ORDER**

On January 16, 2026, Plaintiffs, Sundance Metal Fabricators, LLC d/b/a/ Northwest Fence & Iron and Sundance Consolidated, LLC, and Defendants, Liberty Mutual Insurance Company and Ohio Security Insurance Company, filed a joint stipulation for dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 27.

In light of the dismissal stipulation, this court no longer has jurisdiction over this action. "The court lost jurisdiction when the parties voluntarily dismissed the entire suit under Rule 41(a)(1)(A)(ii)." *Def. Distributed v. United States Dep't of State*, 947 F.3d 870, 872 (5th Cir. 2020). A stipulation of dismissal dismisses the action "without a court order." *Id.* at 873 (quoting FED. R. CIV. P. 41(a)(1)(A)(ii)).

**IT IS THEREFORE ORDERED** that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

Accordingly, the Clerk's Office is directed to **CLOSE** this case and **TERMINATE** all pending motions.

SIGNED ON JANUARY 19, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE